Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 26−19277−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mohammed Younus A Shah
49 E Dewey Avenue
Wharton, NJ 07885

Social Security No.:
xxx−xx−2224

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/2/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 2, 2026
JAN: gml

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-19277-VFP
Mohammed Younus A Shah Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2
Date Rcvd: Oct 02, 2026 Form ID: 148 Total Noticed: 12

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mohammed Younus A Shah, 49 E Dewey Avenue, Wharton, NJ 07885-2301 |
| 521329921 | + | Fein, Such, Kahn & Shepard, LLC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4673 |
| 521329922 | + | Morris County Sheriff's Office, Legal Services Division, Sales Unite, 30 Schuyler Place, 2nd Floor, Morristown NJ n 07960-5294 |
| 521329923 | + | Mortgage Electronic Registration, Systems, Inc., as nominee for Freemont Investment and L, 1818 Library Street, Reston VA 20190-6242 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: ecfbnc@aldridgepite.com | Oct 02 2026 22:32:00 | Nikita R Joshi, Aldridge Pite LLP, 3333 Camino del Rio South Suite 225, San Diego, CA 92108-3808 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2026 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2026 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521368076 | | EDI: JEFFERSONCAP.COM | Oct 03 2026 02:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 521341143 | | EDI: Q3G.COM | Oct 03 2026 02:11:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 521329919 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 02 2026 22:33:00 | Select Portfolio Servicing, PO Box65250, Salt Lake City, UT 84165-0250 |
| 521329920 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 02 2026 22:32:00 | Specialized Loan Servicing, 6200 S Quebec St.,, Ste 300, Greenwood Village CO 80111-4720 |
| 521358003 | | EDI: USBANKARS.COM | Oct 03 2026 02:11:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor CSMC 2017-RPL2 Trust bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4